UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL LUIS LOPEZ,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Possession with Intent to Distribute Controlled Substances)

On or about August 19, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

SAMUEL LUIS LOPEZ

knowingly and intentionally possessed with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**
(Felon in Possession of Firearms)

On or about August 19, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

SAMUEL LUIS LOPEZ,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed: a Glock model 17 pistol with machinegun conversion device attached; an SCCY model CPX-1 pistol; a Springfield Armory model XDs-9 Mod2 pistol; a loaded Ruger model 9E pistol; a loaded Ruger model P95 pistol; a Kel-Tec model PLR-16 pistol; and an Aero Precision model X15 pistol, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**COUNT 3**
(Possession of a Machinegun)

On or about August 19, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

SAMUEL LUIS LOPEZ

knowingly possessed a machinegun, that is, a Glock model 17 pistol with a machinegun conversion device, also known as a "switch," attached, knowing that it shot, and was designed and intended solely and exclusively for use in converting a weapon to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

**FORFEITURE ALLEGATION**
(Felon in Possession of Firearms; Possession of a Machinegun)

The allegations contained in Counts 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1) or 18 U.S.C. § 922(o), set forth in Counts 2 and 3 of this Indictment,

SAMUEL LUIS LOPEZ

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing violation, including, but not limited to:

- a Glock model 17 pistol with an obliterated serial number and a machinegun conversion device installed;
- an SCCY model CPX-1 pistol, serial number C045011;
- a Springfield Armory model XDs-9 Mod2 pistol, serial number BY264550;
- a Ruger model 9E pistol, serial number 335-56492;
- a Ruger model P95 pistol, serial number 317-28319;
- a Kel-Tec model PLR-16 pistol, serial number P5217;
- an Aero Precision model X15 pistol, serial number X250183; and
- all associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

DANIEL T. McGRAW
Assistant United States Attorney